# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 421 |
| | : | |
| ORDER AMENDING RULES 2.3 | : | MAGISTERIAL RULES DOCKET |
| AND 3.6 AND THE COMMENT TO | : | |
| RULE 3.1 OF THE RULES | : | |
| GOVERNING STANDARDS OF | : | |
| CONDUCT OF MAGISTERIAL | : | |
| DISTRICT JUDGES | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of April, 2018, upon the recommendation of the Minor Court Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 2.3 and 3.6 and the Comment to Rule 3.1 of the Rules Governing Standards of Conduct of Magisterial District Judges are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2018.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.